STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00133 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1001] |
| JOSE GOMEZ-CORTEZ, | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury charges:

On or about February 23, 2000, in the District of Hawaii, in a matter within the jurisdiction of the Immigration and Naturalization Service, a department of the United States, the defendant, JOSE GOMEZ-CORTEZ, knowingly and willfully made and caused to be made a false and fictitious material statement and representation, in that the defendant provided INS Special Agent Sandra Ng with an affidavit in which he stated that his

name was Juan Jose Meza-Angel and that his date of birth was March 18, 1958. In fact, as the defendant well knew his name is actually Jose Gomez-Cortez and his date of birth is March 22, 1958.

All in violation of Title 18, United States Code, Section 1001.

## Count 2

The Grand Jury further charges

On or about February 23, 2000, in the District of Hawaii, in a matter within the jurisdiction of the Immigration and Naturalization Service, a department of the United States, the Defendant Jose Gomez-Cortez, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, he told Immigration Judge Dayna Dias that his name was Juan Jose Meza-Angel. In fact, as the defendant well knew his name is actually Jose Gomez-Cortez.

All in violation of Title 18, United States Code, Section 1001.

## Count 3

The Grand Jury further charges:

On or about February 24, 2000, in the District of Hawaii, in a matter within the jurisdiction of the Immigration and Naturalization Service, a department of the United States, the Defendant Jose Gomez-Cortez, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, he told Immigration Judge Dayna Dias that his name was Juan Jose Meza-Angel. In fact, as the defendant well knew his name is actually Jose Gomez-Cortez.

All in violation of Title 18, United States Code, Section 1001.

DATED: 4/6 , 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. JOSE GOMEZ-CORTEZ
"Indictment"